# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| ERNESTO TORRES BALDERAS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 6:25-cv-03376-RK |
| | ) |
| KRISTI NOEM, SECRETARY OF THE | ) |
| UNITED STATES DEPARTMENT OF | ) |
| HOMELAND SECURITY; et al, | ) |
| | ) |
| Respondents. | ) |

## ORDER

Before the Court is Petitioner Ernesto Torres Balderas' petition for writ of habeas corpus. (Doc. 1.) Because Petitioner is no longer in ICE custody, having been granted voluntary departure and released from ICE custody to return to Mexico, (*see* Doc. 10), the Court **ORDERS** that the habeas petition is **DISMISSED without prejudice as moot**.

**IT IS SO ORDERED**.


s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: February 24, 2026